United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Atrium Circle, G.P., § § § Plaintiff, § § v. § § Civil Action No. H-24-2564 Sailormen, Inc. § and Tar Heels Spice, Inc., § § § Defendants. § | |

## O R D E R

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 33) dated April 4, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Atrium Circle, G.P.'s Motion for Entry of Default Judgment (docket no. 29) is **DENIED** against remaining Defendant, Tar Heels Spice, Inc.

It is further **ORDERED** that because this Court lacks personal jurisdiction over the only remaining Defendant, this case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** at Houston, Texas, on this the 21st day of April, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE